# Court of Appeals
# of the State of Georgia

ATLANTA,   August 12, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0487.  DEXTER GERMAINE LEWIS v. THE STATE.

On July 12, 2013, Dexter Germaine Lewis filed this application for discretionary appeal seeking review of an order revoking his probation. The only order included with his application, however, is a show cause order scheduling a hearing for April 9, 2013 on the state's petition to revoke Lewis's probation.

Under OCGA § 5-6-35 (c), an applicant for discretionary appeal "*shall* include as exhibits to the petition a copy of the order or judgment being appealed and should include a copy of the petition or motion which led directly to the order or judgment being appealed and a copy of any responses to the petition or motion." (Emphasis supplied.) See also Court of Appeals Rule 31 (e) ("Discretionary applications must contained a stamped 'filed' copy of the trial court's order or judgment from which the appeal is sought.").

Without the trial court's revocation order, we have nothing to review. This application is therefore DISMISSED.[1]

---

[1]According to Lewis, the revocation order was entered on April 9, 2013. Thus, even if Lewis had included the order, this application would be untimely.  An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); see also *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). This application was filed 94 days after April 9, 2013.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,* 08/12/2013
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*